BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER JOHN MAKRAS** | Case No. CIV-08-266 KJM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from October 17, 2008, to October 24, 2008.  Plaintiff just apprised opposing counsel that a critical part of the record is missing - the 2004 hearing transcript.  Opposing counsel was working off-site  and will review the record on Monday, October 20, 2004,[1] to assess whether a  sentence six remand is required to allow the Commissioner to  complete the record.

/ / / /

---

[1] The court construes this date as 2008!

1

Dated: October 17, 2008

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: October 17, 2008

McGregor W. Scott

United States Attorney

*/s/   Sarah Ryan*
SARAH RYAN

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 20, 2008.

U.S. MAGISTRATE JUDGE