1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER JOHN MAKRAS** ) | Case No. CIV-08-266 KJM |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| v. ) | **OF SUMMARY JUDGMENT** |
| ) | **[REVISED]** |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended.

   On Friday, October 17, 2008, Plaintiff apprised opposing counsel that the 2004 hearing transcript was missing from the record. Opposing counsel will attempt to secure the missing transcript and plaintiff will file his motion for summary judgment within 30 days of receipt of the missing transcript.

   In the event the missing transcript cannot be produced, plaintiff has agreed to file his motion for summary judgment by November 18, 2008, but reserves the right to object to its absence.

1

| | | |
|---|---|---|
| 1 | Dated: October 20, 2008 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: October 20, 2008        McGregor W. Scott

United States Attorney

/s/   *Sarah Ryan*
SARAH RYAN

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  October 21, 2008.

_____
U.S. MAGISTRATE JUDGE

2