```
LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, State Bar of Texas #17479500
Special Assistant United States Attorney

        333 Market Street, Suite 1500
        San Francisco, California 94105
        Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
        E-Mail: sarah.ryan@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| PETER JOHN MAKRAS,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant.<br>_____ | CIVIL NO. 2:08-CV-00266 KJM<br><br>FIRST AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

      This First Amended Stipulation and [Proposed] Order to Extend Time for Defendant to File Opposition to Plaintiff's Opening Brief is filed herein in place and stead of the original Stipulation and Order to Extend Time for Defendant to File Opposition to Plaintiff's Opening Brief (Doc. 29), in order to correct the name of Plaintiff.  In Doc. 29, the Plaintiff's name was incorrect in the caption of the case.  In all other respects, this amended stipulation is the same as the original stipulation.  Therefore, the parties agree and stipulate as follows:

The parties, Plaintiff, PETER JOHN MAKRAS, and Defendant, COMMISSIONER OF SOCIAL SECURITY, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from February 12, 2009, to March 14, 2009.

This is defendant's first request for an extension of time to file a response to plaintiff's opening brief. Defendant needs the additional time because of the heavy caseload of the undersigned attorney of record for Defendant, Commissioner of Social Security in this case. Said attorney currently has eight briefs due in the next two weeks. Therefore, Defendant requests that an extension of thirty days be granted for Defendant to file his response and supporting authority.

Respectfully submitted,

Dated: February 5, 2009.

/s/ Bess M. Brewer
(As authorized by email)
BESS M. BREWER
Attorney for Plaintiff

Dated: February 5, 2009.

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Sarah Ryan
SARAH RYAN
Special Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated: February 9, 2009.

U.S. MAGISTRATE JUDGE